1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ALONZO, et al., | Case No.:  CV14-5636 RGK (JPRx) |
| Plaintiff, | Complaint Filed: July 21, 2014 |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES and DOES 1 through 10, | Courtroom:  850 - Roybal |
| Defendant. | |

1    On July 24, 2015, this Court previously ordered that Plaintiff TERESA
2 ALONZO's Complaint be dismissed.
3    Therefore, IT IS ORDERED AND ADJUDGED that Plaintiff TERESA
4 ALONZO take nothing, that the action be dismissed on the merits with prejudice.

6 Dated:  August 5, 2015          _____ /s/ Gary Klausner _____
                                    Honorable R. Gary Klausner
                                    United States District Court Judge